IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONALD E. CALIANNO                         PLAINTIFF

v.                      CASE NO. 5:07-5217

SHERIFF TIM HELDER;
MAJOR R. DENZER;
CAPTAIN BELL;
DEPUTY HASSELL;
DEPUTY HUTCHENS;
DEPUTY BECKER                            DEFENDANTS

## O R D E R

Plaintiff's complaint was filed in this case on November 29, 2007 Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information.

Accordingly, it is ordered that plaintiff, Donald E. Calianno, complete and sign the attached addendum to his complaint, and return the same to the court **by May 5, 2008. Plaintiff is advised that should he fail to return the completed and executed addendum by May 5, 2008, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 3rd day of April 2008.

                                               /s/ *J. Marschewski*
                                               HON. JAMES R. MARSCHEWSKI
                                               UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONALD E.  CALIANNO                                                                                    PLAINTIFF

v.                                                    CASE NO.  5:07-5217

SHERIFF TIM HELDER;
MAJOR R.  DENZER;
CAPTAIN BELL;
DEPUTY HASSELL;
DEPUTY HUTCHENS;
DEPUTY BECKER                                                                                        DEFENDANTS

## ADDENDUM TO COMPLAINT

TO: DONALD E.  CALIANNO

This form is sent to you so that you may assist the court in making a determination as to the issue of whether the complaint should be served upon the defendant.  Accordingly, it is required that you fill out this form and send it back to the court by **May 5, 2008.**  Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form.  If you need additional space, you may attach additional sheets of paper to this addendum.

### RESPONSE

In your complaint, you allege officers of the Washington County Jail failed to protect you while you were an inmate.  Specifically, two inmates who were not sex offenders were placed in the sex offender pod, which caused you to be beaten by these inmates.

1. Provide the dates of your incarceration at the Washington County Jail.  (In answering, be

specific).

    Answer:

_____

_____

_____

_____

    (a) Provide the date you were harmed by the other inmates:

_____

_____

_____

    2. Were you incarcerated at the Washington County Jail solely because of pending criminal charges?

    Answer:  Yes _____ No _____ .

    If you answered yes, please state what charges are pending against you.

_____

_____

_____

_____

    If you answered no, please state whether you are serving a sentence or if your probation, parole, or supervised release has been revoked.

_____

_____

_____

_____

      3.  Below, describe your specific claim as to each Defendant.

Sheriff Tim Helder:

_____

_____

_____

Major R. Denzer:

_____

_____

_____

Captain Bell:

_____

_____

_____

Deputy Hassell:

_____

_____

_____

Deputy Hutchens:

_____

_____

_____

Deputy Becker:

_____

_____

_____

      (a) As to each individual you list above, please state how you requested protection from them and how it was denied. Please include dates and be specific.

_____

_____

_____

_____

_____

_____

      (b) Are you seeking to sue these individuals in their: (please choose one)

          _____ individual capacities.

          _____ official capacities.

          _____ both individual and official capacities.

    4. Did you file any grievances regarding two inmates who were not sex offenders being placed in the sex offender pod?

_____

_____

_____

_____

    (a) Were any other inmates harmed by the inclusion of these two inmates in your pod?

_____

_____

_____

_____

_____

    5.  Did you receive any medical care after you were harmed by the other inmates?

   Answer: Yes____ No____

If no, did you seek medical care?

_____

If yes, describe the medical care you were given.

_____

_____

    6.  Describe the injuries you sustained.

_____

_____

_____

    7.  Did any of the Defendants know you were being harmed by the other inmates?  If so, state how they knew this.

_____

_____

_____

        8.       Was this incident the subject of any disciplinary proceedings? If so, describe them below.

_____

_____

_____

        9. Describe, to the best of your ability, what happened when you were beaten by two other inmates at the Washington County Jail. Include where you were, how you were approached by the other inmates, how long it lasted, etc.

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                          _____
                                          DONALD E. CALIANNO

                                          _____
                                          DATE