IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONALD E. CALIANNO                                                                                          PLAINTIFF

v.                                              CASE NO. 5:07-5217

SHERIFF TIM HELDER;
MAJOR R. DENZER;
CAPTAIN BELL;
DEPUTY HASSELL;
DEPUTY HUTCHENS;
DEPUTY BECKER                                                                                           DEFENDANTS

**O R D E R**

      Now before the Court is Plaintiff's Motion for Default Judgment (Doc. 12) and Motion for Leave to File Answer Out of Time (Doc. 20). Plaintiff's Motion seeks a default judgment against all Defendants. However, the earliest Answer by a Defendant was due on June 5 and all Defendants save Defendant Becker, filed their Answer on June 3. Becker has filed a Motion for Leave to File Answer Out of Time. Thus, the Court will construe Plaintiff's Motion as a Motion for Default against Defendant Becker.

      Counsel for Defendants advises the Court that Becker was personally served, but was no longer an employee of Washington County. Becker did not inform Counsel he had been served until after the time for an Answer had run.

      The Court finds Becker's failure to Answer to be excusable neglect, and that Plaintiff's Motion for Default Judgment (Doc. 12) is DENIED. Defendant Becker's Motion to for Leave to File Answer Out of Time (Doc. 20) is GRANTED. Becker shall have ten (10) days from the date of this Order to file his Answer to Plaintiff's Complaint.

      IT IS SO ORDERED this 14th day of July 2008.

      /s/ *J. Marschewski*
      HON. JAMES R. MARSCHEWSKI
      UNITED STATES MAGISTRATE JUDGE